NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ASHLEY FURNITURE INDUSTRIES, INC.,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee,*

AND

UNITED STATES INTERNATIONAL TRADE
COMMISSION,
*Defendant-Appellee,*

AND

AMERICAN FURNITURE MANUFACTURERS
COMMITTEE FOR LEGAL TRADE, KINCAID
FURNITURE CO., INC., L. & J.G. STICKLEY, INC.,
SANDBERG FURNITURE MANUFACTURING
COMPANY, INC., STANLEY FURNITURE
COMPANY, INC., T. COPELAND AND SONS, INC.,
AND VAUGHAN-BASSETT FURNITURE COMPANY,
INC.,
*Defendants-Appellees.*

---

2012-1196

---

Appeal from the United States Court of International Trade in consolidated case no. 07-CV-0323, Judge Timothy C. Stanceu.

-------------------------------------------------------------------

**ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN OPERATIONS, INC.,**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.**
*Defendants-Appellees.*

2012-1200

Appeal from the United States Court of International Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

---

## ON MOTION

---

Before PROST, *Circuit Judge.*

### ORDER

Furniture Brands International, Inc. moves for leave to file briefs amicus curiae in support of Ashley Furniture Industries, Inc. and Ethan Allen Global, Inc. and Ethan Allen Operations, Inc. in the above-captioned appeals. The United States, the United States Customs and Border Protection, and the United States International Trade Commission oppose. Other Defendants-Appellees do not respond. Plaintiffs-Appellants take no position.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**AUG 0 1 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Joseph W. Dorn, Esq.
       Jeffrey S. Grimson, Esq.
       Patrick V. Gallagher, Esq.
       Jessica R. Toplin, Esq.
       Craig A. Lewis, Esq.
       David W. DeBruin, Esq.
       Nancy A. Noonan, Esq.
       Herbert C. Shelley, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 1 2012

JAN HORBALY
CLERK